UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ALCURTIS OF THE FAMILY ROBINSON, JR.<br>    Plaintiff,<br><br>v.<br><br>CARLA WEST, through Region 4 IV-D Agency,<br>    Defendant | **JUDGMENT**<br><br>No. 5:24-CV-458-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 27, 2025, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on May 27, 2025, and Copies To:**
Alcurtis of the Family Robinson, Jr. (via US Mail) 150 Breadnut Dr, Smithfield, NC 27577

May 27, 2025                     PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk